UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID GRIFFOR,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for CF
BANCORP,

    Defendant.

Hon. George Caram Steeh
U.S. District Court Case No.:
10-12383

(31st Circuit Court Case No:
  10-000823-CZ)

S. DOUGLAS TOUMA (P53610)
Touma, Watson, Whaling, Coury &
Castello, P.C.
Attorney for Plaintiff
316 McMorran Blvd.
Port Huron, MI 48060
(810) 987-7700
sdtouma@twwcc.com

SUSAN KREIS (P42521)
Hill Devendorf, P.C.
Attorney for CF Bancorp
901 Huron Ave.
Port Huron, MI 48060
(810) 985-8171
kreis@hilldevendorf.com

ORDER GRANTING MOTION TO CONTINUE STAY [#5]

IT IS HEREBY ORDERED that the stay in this action shall continue until the Plaintiff notifies the court and all parties hereto that he elects to continue this action. Such a notice to be effective to lift the stay must be made within the 60 day period commencing on the earlier of the date the FDIC disallows the claims Plaintiff filed with the FDIC August 3, 2010 (the "Filing Date") or January 30, 2011 (180 days after the Filing Date).

The time period to answer the complaint shall be extended until 10 days after the stay is lifted.

Dated: September 1, 2010

              S/George Caram Steeh
              GEORGE CARAM STEEH
              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 1, 2010, by electronic and/or ordinary mail.

       s/Marcia Beauchemin
       Deputy Clerk