UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID GRIFFOR,

       Plaintiff,

Case No. 10-CV-12383

v.

HON. GEORGE CARAM STEEH

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver
for CF BANCORP,

       Defendants.
_____/

ORDER DENYING DEFENDANT'S MOTION TO
STRIKE [DOC. 76] AND PLAINTIFF'S MOTION TO STRIKE [DOC. 77]

      This matter is before the court on defendant's motion to strike plaintiff's motion for summary judgment because it was filed three days after the motion cutoff deadline had passed. Plaintiff is appearing *in pro per* in this case and the acceptance of his late-filed motion for summary judgment will not cause any delay or prejudice. Plaintiff has filed a motion to strike defendant's motion for summary judgment because the proof of service did not specify whether the motion was served upon plaintiff by mail or email. It appears that plaintiff has a copy of defendant's motion for summary judgment, though it is unclear when and how that copy was served upon or obtained by plaintiff. The court instructs plaintiff to advise defendant of his proper residential address and email address, and to also advise defendant how he would prefer to be served in the future. In addition, plaintiff is directed to make sure his current, accurate contact information is on file with the court.

      IT IS HEREBY ORDERED that defendant's motion to strike plaintiff's motion for summary judgment is DENIED.

IT IS HEREBY FURTHER ORDERED that plaintiff's motion to strike defendant's motion for summary judgment is DENIED.

Dated: June 25, 2012

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 25, 2012, by electronic mail and by ordinary mail upon David Griffor, 2526 Military Street, Port Huron, MI 48060.

s/Barbara M. Radke
Deputy Clerk

---